| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| TIMOTHY FONTENETTE, CATHY FONTENETTE,<br>    Plaintiffs,<br><br>*versus*<br><br>TEXAS FARMERS INSURANCE COMPANY,<br>    Defendant. | § § § § § § § § § § | CASE NO. 1:18-CV-00466-MAC |

## ORDER GRANTING RULE 41(a) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pending before the court is the parties' "Rule 41(a) Joint Stipulation of Dismissal with Prejudice." Doc. No. 23. The stipulation is signed by all parties to the case. *Id.*

It is, therefore, **ORDERED** that the parties' "Rule 41(a) Joint Stipulation of Dismissal with Prejudice" (Doc. No. 23) is **GRANTED**. Accordingly, the above case is **DISMISSED** with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The clerk is directed to close the case and deny all pending motions as moot.

SIGNED at Beaumont, Texas, this 4th day of March, 2020.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE